No. 03–10490. CRISTON v. UNITED STATES; PERALES v. UNITED STATES; GUERRA v. UNITED STATES; and SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10491. ARZOLA-JUAREZ v. UNITED STATES; and MAGALLANES-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10492. TENORIO JUAREZ v. UNITED STATES; and
No. 03–10495. JUAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10494. AMAYA-TORRES v. UNITED STATES GIRON-APODACA v. UNITED STATES OLVERA-BERMUDEZ v. UNITED STATES TAPIA-CARRENO v. UNITED STATES GOMEZ-CELIS v. UNITED STATES CHAVEZ-RAMIREZ v. UNITED STATES REYES-FLORES v. UNITED STATES GONZALEZ-CHAVEZ v. UNITED STATES FRIAS-SALAZAR v. UNITED STATES LOPEZ-HUERTA v. UNITED STATES MAZARIEGOS v. UNITED STATES PONCE-MARTINEZ v. UNITED STATES PUENTES-ROMERO v. UNITED STATES BAEZ TOVAR v. UNITED STATES and ZAPATA-AGUILAR v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–10499. AVALOS-LUMBRERAS v. UNITED STATES DE HOYOS-GARCIA v. UNITED STATES DUQUE-RESTREPO v. UNITED STATES FRAYRE-SALAS v. UNITED STATES GARCIA-CASTRO v. UNITED STATES GONZALEZ-APODACA v. UNITED STATES GRAJEDA-ZAMORANO v. UNITED STATES HERNANDEZ-SOSA v. UNITED STATES JUAREZ-SANCHEZ v. UNITED STATES LOPEZ-